IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00934-RM-MJW

NEOMEDIA TECHNOLOGIES, INC.,

Plaintiff(s),

v.

RE/MAX LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order and Order Regarding E-Discovery (docket no. 23) is GRANTED finding good cause shown. The written Protective Order (docket no. 23-1) is APPROVED as amended in paragraph 12 and made an Order of Court.  The written Order Regarding E-Discovery (docket no. 23-2) is APPROVED and made an Order of Court.

Date: October 30, 2013